**Order entered July 11, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00668-CV

### CAREGIVER 1, INC., CAREGIVER 2, INC., DAYBREAK, INC., AND ASHTAUN BREELE MALLORY, Appellants

### V.

### JAMES HEFNER, AS NEXT FRIEND OF BRIAN RANDOLPH HEFNER, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07724**

## ORDER

Before the Court is the July 9, 2019 unopposed joint motion of appellants requesting a fourteen-day extension of time to file either a joint brief or their respective briefs on the merits. We **GRANT** the motion and extend the time to **July 30, 2019**.

/s/　　ROBERT D. BURNS, III
　　　　CHIEF JUSTICE